AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED IN CLERKS OFFICE

2021 NOV -2 PM 12: 03

# UNITED STATES DISTRICT COURT
for the

DISTRICT COURT
DISTRICT OF MASS.

___Ashton M. Ross___
Petitioner

v.

Case No. _____
(Supplied by Clerk of Court)

___Captain McCarthy___
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Ashton Mattew Ross
   (b) Other names you have used: Matt
2. Place of confinement:
   (a) Name of institution: Nashua Street Jail
   (b) Address: 200 Nashua Street, Boston, MA 02114
   (c) Your identification number: 2101555
3. Are you currently being held on orders by:
   ☐ Federal authorities    ☑ State authorities    ☐ Other - explain:

4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☑ Pretrial detention
   ☐ Immigration detention
   ☐ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Middlesex County Jail 269 Treble Cove Rd. Billerica, MA 01862
   (b) Docket number, case number, or opinion number: 2081CR00294, 2152CR000622
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Armed Assault To Murder c265§18(b), Threats to commit crime c275§2, 2 count of A&B c265§13A(a)
   (d) Date of the decision or action: Aug 14, 2020

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes     ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: Nashua Street Jail
      (2) Date of filing: Aug 15, 2020 through Oct 2021
      (3) Docket number, case number, or opinion number: G210451 & G210379
      (4) Result: Returned, Signed pink slips from prison officials
      (5) Date of result: 9/11/21 & 10/5/21
      (6) Issues raised: Mental Health Records info, Chest pains, Heart attack, back pains from assault, Disciplinary report should be with court clerk, also EKG Results, No responses from medical transcripts, No hospital trips, No doctors attention.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes      ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____

       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: I've filed several grievances & only recieved 2 responses (pink slips).

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes      ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____

       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: <ins>There hardly any staff  
& filed many different grivances, still no response.</ins>

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☐ Yes    ☒ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ☐ Yes    ☐ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ☐ Yes    ☐ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☑ No
If "Yes," provide:
  (a)  Date you were taken into immigration custody: _____
  (b)  Date of the removal or reinstatement order: _____
  (c)  Did you file an appeal with the Board of Immigration Appeals?
    ☐ Yes    ☐ No
    If "Yes," provide:
    (1) Date of filing: _____
    (2) Case number: _____
    (3) Result: _____
    (4) Date of result: _____
    (5) Issues raised: _____

  (d)  Did you appeal the decision to the United States Court of Appeals?
    ☐ Yes    ☐ No
    If "Yes," provide:
    (1) Name of court: _____
    (2) Date of filing: _____
    (3) Case number: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____
_____
_____
_____
_____
_____

12. **Other appeals**
  Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
  ☐ Yes    ☑ No
  If "Yes," provide:
  (a) Kind of petition, motion, or application: _____
  (b) Name of the authority, agency, or court: _____
_____
  (c) Date of filing: _____
  (d) Docket number, case number, or opinion number: _____
  (e) Result: _____
  (f) Date of result: _____
  (g) Issues raised: _____
_____
_____
_____
_____
_____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** I'm being held to answer for a capital, while my case is arising, has been indicted in Superior Court on charges about an infamous crime. My 5th amendment right has been violated & due process law as well.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
89.7 radio fm, Phone call line info # 877-301-8907 & Party charge info.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND TWO:** I've had ineffective counsel the duration of mine stay & withdrew many attorneys. My public defense is being disregarded. The 6th constitutional amendment states there should be appointed counsel for poor defendents.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Party charge information.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** There are excessive bails bonds & cash fines imposed to both docket #s. This violates my 8th amendment right of the U.S.A., as a result of me being assaulted, also violates the ban on cruel & unusual punishments, my heart condition, EKG results, etc.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Party charge info, faxed disciplinary proceedings (D-reports), filed grievances, as well as department medical clinical records.

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes   ☐ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** I was taken away from my benefactor, which abridges my privileges, I'm currently on SSDI, my immunities, deprived, & was also picked out of a line-up which violated my 14th amendment rights as well as due process law.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Party charge info, documentation, & faxed mental health records to U.S. District Court Clerk.

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I've explained mostly everything I can about my federal claims. Most grievances were not returned nor responded to. So I'm taking higher steps to the highest state court.

**Request for Relief**

15. State exactly what you want the court to do: I believe I'm eligible for emancipation, filing motions to dismiss these docket numbers & being liberated will most likely be the best outcome for any of my conveniances. I would also like whatever court proceedure the Judge uses, when inmates are violated, according to the U.S. Constitution amendmends.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

11/1/2021

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 10/31/21

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

pg 1.

Habeas Corpuss Petition
(continuance)

FILED IN CLERKS OFFICE
2021 NOV -2 PM 12:03
U.S. DISTRICT COURT
DISTRICT OF MASS

Good day your honor. I would like to give the state court an opportunity to hear my federal claims. I believe my fifth, sixth, eighth, & fourteenth constitutional amendment rights were violated a numerous amount of times. I'm raising federal claims based on my 5th amendment right being disregarded, to the fact that I'm being held to answer for a capital. My 6th amendment right is being restricted behind the fact that I've been recieving inaffective counsel since my arrest date. My 8th amendment right was ignored, because there are excessive bail bonds, as well as cash fines imposed attatched, resulted in me being assaulted retrospectively, reveals the ban on cruel & unusual punishments. The 14th amendment conditions provides information, about any enforcements that abridges my privileges, immunities of the USA, I shall not be deprived by any state of my life, liberty, or property, without due process of law, or be denied equal protection from any commonwealth articles. With that being said your honor, I will like to present to you these federal claims & legal arguments in my grounds.

Respectfully Submitted,
ID# 2101555
L. Ro—
10/31/21

## Ground 1:
Docket # 2081CR00294

First & foremost your honor, the 5th amendment of my rights was oppressed. I was arrested & indicted on charges by a grand Jury without a probable cause hearing, while in actual services, time of war & public danger, my case is arising in the land about an infamous crime. Without any due process of law, im being confined, deprived of life & therefore making it possible to have my liberty taken away from me. In this party charge information docket, you can see there are a few arraingment dates, which violates this constitutional right because of the pandemic, & without due process by law, I was incarcerated way longer than was actually needed. Im being deprived of life based on the fact that i've been homeless for over 21 years, only having a brother as well as a cousin helping me off the streets & to eat during the pandemic. My middlesex case was indicted automatically without any scheduled dates. I did not waive any motions or reading rights via video, whatsoever. Your honor, I will like to present to you, my 1st ground.

Supporting facts: Party charge information attached to ground, CPCS letters, 89.7 fm station & # 877-301-8907.

pg 3.

Ground II:

Docket # 2081CR00294

Your honor, my 6th amendment rights are going unnoticed, to the fact that I've had ineffective counsel during my confinement. While incarcerated I've asked multiple of my previous attorneys, about retrieving my mental health records, bail motions, rights to a public trial, but yet still I'm uploaded private bar advocates, that were vacationing, partying not interested in my case. Since aug & sept 2020, I've been held on a $1,000.00 cash bail out of middlesex Superior. This is how I found, that my assistance of Counsel was innappropriate for my defense. I would like to present my second ground.

Supporting facts: Party charge information.

Ground III:

Docket #'s 2081CR00294, 2052AC000615.

Your honor, the 8th constitution amendment right states that inmates shouldn't have bail that excesses the amount required, as well as cash fines followed behind them. Now, this middlesex superior case has a $10,000.00 bond & a $1,000.00 fine imposed which isn't necessary. Also, each docket for this Cambridge District Court allegations, has a $5,000.00 bail bonds & $500.00 cash fines following also. I agree to this violating my 8th federal amendment right. While incarcerated at the middlesex county billerica H.O.C., I was assaulted under this prestigeous heart condition. Still yet, I haven't had no hospital prison trips because of the unnatrual jailhouse conditions, and prior to being detained I was tazed, thrown down to the floor face & chest first then arrested. The Summer of 2020, the FDA shut down, or had improper functioning which limited grocery store items, that resulted in my heart flesh missing, chest pains almost falling into cardiac arrest. No doctors attention was provided, No supplement drinks, all slips to the RNA, ignored with no return or response from the infirmary. This inflicts cruel & unusual punishment while housed at the billerica H.O.C.. Your honor I do believe this is a "constitutional tort of deliberate indiffence" upon this matter from this estranged county. There should be d-reports, medical transcripts & grievances faxed to the Supreme court clerk. This may also be a "State tort of negligence" on my behalf, but do not plan on suing the county itself. I would like to present to the State court my third ground.

Supporting Facts: Party charge information, faxed documents, grievances, & police reports affidavits.

pg 5.

Ground IV:

Docket #'s   2001CR002059, 2001CR002216, 2001CR002217.

Last but not least, I want to explain to the courts my 14th amendment rights. It informs me of my privileges, which is my benefactor over at the Social Security Administration. I recieve (SSDI) social security Disability Income, and attend a behavioral health therapy program for my medication & medical needs. However, I do consume the following drug prescriptions for each mental health symtoms: "Meltoning" for sleeping disorder, "Depakote" for skitsophrenia, & Risperdal for my bi-polar depression. I also suffer from manic depression, mood-swings, hallucinations, etc. The Nashua street Jail Records Department indicates that my mental health info/bio should have on file, I also sent a brief copy to the Supreme court clerk just to ramify the situations. I'm limited to the immunities that are available to me, because of the pandemic outbreak & social distancing rule that applies to inmates about the testing & vaccination proceedures spreading the covid-19 pandemic disease. I tested negative both times & do not need to be vaccinated at this point. I've been homeless since a teenager which deprives me of any rights that are available to me, & only have brothers, cousins, & friends feeding also housing me during the pandemic. This major clasp have taken my freedom, liberty & with the 5 summons & one arrest date, police alinged to have me chosen out of a photo array. This eliminates the "without due process law", & violates my 14th amendment federal right. I want to present to the state court my fourth ground.

Supporting Facts: Party charge information from photo array, faxed medical records, important documentation, Corona-virus pandemic proceedures & head mask wearing.

Respectfully submitted,
ID# 2101555  L. Po—
10/31/21