UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASHTON M. ROSS,<br>      Petitioner,<br><br>v.<br><br>CAPTAIN MCCARTHY,<br>      Respondent. | Civil Action No.<br>21-cv-11635-NMG |

**ORDER**

GORTON, J.

On November 2, 2021, pro se petitioner Ashton M. Ross filed a petition under 28 U.S.C. § 2241 for a writ of habeas corpus and a motion for leave to to proceed in forma pauperis. On November 12, 2021, the Court entered an order (Docket No. 4) denying the motion for leave to proceed in forma pauperis without prejudice because Ross had not submitted a prison account statement. The Court ordered Ross to pay the $5.00 filing fee or file a renewed motion for leave to proceed in forma pauperis with the required institutional account statement. The Court warned Ross that failure to comply with the order within twenty-one (21) days would result in the dismissal of the action without prejudice.

The deadline for Ross's compliance with the November 12, 2021 order has passed without any response from him.

Accordingly, the Court orders that this action be DISMISSED without prejudice for failure to pay the filing fee.

    So ordered.

                                                /s/ Nathaniel M. Gorton
                                               Nathaniel M. Gorton
                                               United States District Judge

Dated: 01/04/22